IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

RECEIVED
2023 MAY 10 AM 11: 50
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

William D Franken

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Jeff Cox

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 4:23-cv-319-FJG

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☑ Yes ☐ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William D Franken |
| Street Address | 1015 N Scott Ave. Apt 109 |
| City and County | Belton, Cass County |
| State and Zip Code | Missouri, 64012 |
| Telephone Number | 816-730-4261 |
| E-mail Address | williamfranken48@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeff Cox |
| Job or Title (if known) | Division 5 Associate Circuit Judge |
| Street Address | 2501 W Mechanic St. |
| City and County | Harrisonville, Cass County |
| State and Zip Code | Missouri, 64701 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code

Telephone Number

E-mail Address
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

[✔] Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendment 14.S1.5.8.1

Civil Rights Action 42. U.S.C. Section 1983

[ ] Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

[ ] Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

4

- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Judge Jeff Cox made a determination to implement protection orders against me for my two children. Judge Cox did so without cause and without proving me unfit, violating my parental rights without cause or authority. Judge Cox's determination superceded a current custody order that states I have joint legal custody of my two children. Judge Cox violated the due process clause of my 14th amendment rights as protected in the United States Constitution. Judge Cox's determination has caused significant emotional trauma to all four of my children, my family, and to myself. These events took place in the 17th Judicial, Division 5, at 2501 W Mechanic St., Harrisonville, MO 64701. This took place on April 26th, 2023 from approximately 10:30 a.m. to 11:30 a.m. This act was committed for the purposes of establishing a one year "cooling off period" as stated in open court by Judge Cox.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

The Plaintiff requests the protection orders be overturned. The Plaintiff requests a written/oral apology addressed to his four children. The Plaintiff requests the Defendant pay the sum of one-million dollars to his four children. The Plaintiff requests the Defendant be disbarred.

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes [✓]　　No [ ]

Do you claim actual damages for the acts alleged in your complaint?
Yes [✓]　　No [ ]

Do you claim punitive monetary damages?
Yes [✓]　　No [ ]

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

3500 dollars lost income due to Judge Cox's unwillingness to remain unbiased that has kept me in court vs work.

500 dollars in transportation costs to fight Judge Cox's unlawful ruling.

996,000 in punitive damages for emotional trauma sustained by my family to be awarded to my four children.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 10, 2023.

Signature of Plaintiff

Printed Name of Plaintiff    William D Franken